# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**PHILLIP DEWAYNE STEWART,**
**ADC #151956**                                                                  **PLAINTIFF**

V.                              CASE NO. 5:16-CV-126-JLH-BD

**GLADYS EVANS**                                                                **DEFENDANT**

## RECOMMENDED DISPOSITION

I.  **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge J. Leon Holmes. Mr. Stewart may file written objections to this Recommendation. Objections must be specific and must include the factual or legal basis for the objection. To be considered, objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Holmes can adopt this Recommendation without independently reviewing the record. By not objecting, Mr. Stewart may also waive any right to appeal questions of fact.

II. **Background:**

On April 22, 2016, Plaintiff Phillip Dewayne Stewart, an Arkansas Department of Correction inmate, filed this action under 42 U.S.C. § 1983. (Docket entry #2) Because of his litigation history, Mr. Stewart is not eligible proceed *in forma pauperis* (IFP) in federal court absent allegations indicating that he is in imminent danger of serious

physical injury.[1]  Here, Mr. Stewart did not plead sufficient facts for the Court to conclude that he was in imminent danger.

The Court allowed Mr. Stewart thirty days to pay the $400 filing fee necessary to proceed with the lawsuit.  (#4)  Mr. Stewart was specifically cautioned that his failure to pay the filing fee could result in dismissal of his claims, without prejudice.

Mr. Stewart appealed the denial of his IFP application to Judge Holmes.  (#5)  On May 6, 2016, Judge Holmes denied Mr. Stewart's appeal and gave him thirty days to pay the filing fee.  (#6)  Mr. Stewart moved for reconsideration, which the Court denied.  (#11, #12)

To date, Mr. Stewart has failed to pay the filing fee, as required in the Court's May 6, 2016 Order, and the time for doing so has passed.  The Court recommends, therefore, that Mr. Stewart's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's May 6, 2016 Order requiring him to pay the filing fee.

DATED this 13th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The following dismissals constitute "strikes" for purposes of 28 U.S.C. § 1915(g): *Stewart v. Evans*, E.D. Ark. Case No. 5:16cv81 (dismissed March 24, 2016); *Stewart v. Hobbs, et al.*, W.D. Ark. Case No. 6:15cv6023 (dismissed Jan. 26, 2016); *Stewart v. Murphy, et al.*, W.D. Ark. Case No. 6:14cv6077 (dismissed March 15, 2015); and *Stewart v. Hobbs, et al.*, E.D. Ark. Case No. 5:13cv381 (dismissed Jan. 31, 2014).