# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**PHILLIP DEWAYNE STEWART,**                                              **PLAINTIFF**
**ADC #151956**

**V.**                    **NO. 5:16CV00126-JLH-BD**

**GLADYS EVANS**                                                          **DEFENDANT**

## ORDER

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of Stewart's objections and a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Stewart's claims are DISMISSED, without prejudice.

IT IS SO ORDERED this 6th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE