# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**PHILLIP DEWAYNE STEWART,**                                                **PLAINTIFF**
**ADC #151956**

**V.**              **NO. 5:16CV00126-JLH-BD**

**GLADYS EVANS**                                                             **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 6th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE